OPINION — AG — ** CHIROPRACTORS — LICENSE — EXAMINATION ** QUESTION(1): WOULD AN APPLICANT, LICENSED IN ANOTHER STATE TO PRACTICE CHIROPRACTIC AND WHO IS 'NOT' THE HOLDER OF A BASIC SCIENCE CERTIFICATE, BE ENTITLED TO THE ISSUANCE OF A BASIC SCIENCE CERTIFICATE BY RECIPROCITY BY THE BOARD OF EXAMINERS IN THE BASIC SCIENCES ? — NEGATIVE CITE: 59 O.S. 709 [59-709], 59 O.S. 730.2 [59-730.2] (FRED HANSEN)